# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

           **Plaintiff,**

**-vs-**                                                                          **Case No. 07-CR-200**

**DEMETRIUS S. PARTEE,**

           **Defendant.**

## ORDER

Before the court is Magistrate Judge Aaron Goodstein's recommendation that defendant Demetrius Partee's (Partee) motion to suppress physical evidence be denied. The Court has reviewed Partee's objections to the recommendation and the government's response thereto and rules as follows:

Partee's motion to suppress is denied. The court adopts the magistrate judge's recommendation in toto as support for its decision here.

Dated at Milwaukee, Wisconsin, this 2nd day of November, 2007.

                                                **SO ORDERED:**

                                                <u>s/Rudolph T. Randa</u>
                                                HON. RUDOLPH T. RANDA
                                                Chief Judge